IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

AUTO OWNERS INSURANCE COMPANY, )
)
      Plaintiff )
)
    v. ) No. 4:05-cv-39
)
HARRELL'S FERTILIZER, INC., *et al.*, )
)
      Defendants )

**O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that plaintiff's motion for summary judgment [Court File #17] is DENIED; defendants' motion for summary judgment [Court File #25] is GRANTED; and this action is DISMISSED. Whether plaintiff has a duty to indemnify must await resolution of the underlying lawsuit.

**E N T E R :**

                                  *s/ James H. Jarvis*
                            UNITED STATES DISTRICT JUDGE